# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 2:16-cr-00005 |
| ) | Judge Trauger |
| KRISTOPHER ROGERS ) | |
| ) | |

## O R D E R

It is hereby ORDERED that the sentencing scheduled for October 2, 2017 is RESET for Thursday, October 5, 2017 at 3:30 p.m.

It is so **ORDERED.**

Enter this 28th day of September 2017.

_____
ALETA A. TRAUGER
United States District Judge